NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-0448**

**EVANGELINE SEWERAGE CO., INC.**

**VERSUS**

**ARTHUR WAGLEY**

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-C-1355-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********

**OSWALD A. DECUIR
JUDGE**

**********

Court composed of Ned E. Doucet Jr., Chief Judge, and Oswald A. Decuir and Marc T. Amy, Judges.

**AFFIRMED AS AMENDED.**

**D. Randy Wagley**
**Attorney at Law**
**P. O. Box 191**
**Opelousas, LA 70571-0191**
**(337) 948-4504**
**Counsel for Defendant/Appellant:**
    **Arthur Wagley**

**Eric La Fleur**
**MAHTOOK & LA FLEUR**
**P. O. Box 617**
**Ville Platte, LA 70586**
**(337) 363-6211**
**Counsel for Plaintiff/Appellee:**
    **Evangeline Sewerage Co., Inc.**